BEFORE THE FIRST DIVISION, JANUARY 19, 1950

**No. 53941.**—Anthony B. Bowers *v.* United States, petition 6709–R (New Orleans).

Opinion by COLE, J. From the testimony it appeared that the petitioner's errors in preparing the entry were caused by inexperience rather than by an attempt to defraud the revenue. It was held that the entry of the merchandise at a less value than that found by the appraiser was without any intent to defraud the revenue of the United States or to conceal or misrepresent the facts of the case

or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.